# United States District Court

_____ DISTRICT OF _____

JANE KROLAK,

V.

HUMANA HEALTH INSURANCE
COMPANY OF FLORIDA, INC.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**00-6192**

MAGISTRATE
JOHNSON

**CIV - DIMITROULEAS**

TO: (Name and address of defendant)

HUMANA HEALTH INSURANCE COMPANY OF FLORIDA, INC.
BY SERVING: THE HONORABLE BILL NELSON, INSURANCE COMMISSIONER
STATE OF FLORIDA, ONE CAPITOL BUILDING
TALLAHASSEE, FLORIDA 40201-4426

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

TIMOTHY P. BEAVERS, ESQUIRE
McFANN + BEAVERS, P.A.
110 S.E. SIXTH ST., SUITE 1900
FORT LAUDERDALE, FLORIDA 33301

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                                                  Feb 8, 2000
CLERK                                                            DATE

(BY) DEPUTY CLERK