UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6192-CIV-DIMITROULEAS

JANE KROLAK,

    Plaintiffs,

vs.

HUMANA HEALTH INSURANCE
COMPANY OF FLORIDA, INC.

    Defendant.

_____/



## ORDER OF TRANSFER

**GOOD CAUSE** appearing pursuant to Local Rule 3.9(A) and subject to consent given below, it is:

**ORDERED** that the above-numbered cause be and the same is hereby transferred to the calendar of <u>The Hon. Edward B. Davis</u> for all further proceedings.

**DATED** in chambers at Fort Lauderdale, Florida, this ____ day of February, 2000.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

After reviewing the Court file in the above numbered cause, the undersigned hereby accepts the transfer of said case. Therefore, it is:

**ORDERED** that all pleadings hereinafter filed shall bear the following case number, Case No. 00-6192-CIV-DAVIS, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

**THE FOREGOING** transfer is herewith accepted this 10T day of Feb, 2000.

EDWARD B. DAVIS
UNITED STATES DISTRICT JUDGE

Copies furnished:
Hon. William P. Dimitrouleas
Lucy Lara, Clerk's office (Mia.)
Timothy Beavers, Esq.
Craig Trigoboff, Esq.

