AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

Jane Kroliak,

v.

Humana Health Insurance Company of Florida, Inc.,

FILED by _____ D.C.
DKTG
MAR - 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

00-6192

MAGISTRATE JOHNSON

CIV - ~~DIMITROULEAS~~
DAVIS

TO: (Name and address of defendant)

Humana Health Insurance Company Of Florida, Inc.
By Serving: The Honorable Bill Nelson, Insurance Commissioner
State Of Florida, One Capitol Building
Tallahassee, Florida 40201-4426

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy P Beavers, Esquire
McFann + Beavers, P.A.
110 S.E. Sixth St., Suite 1900
Fort Lauderdale, Florida 33301

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
CLERK

(BY) DEPUTY CLERK

DATE   Feb 8, 2000