

THE TREASURER OF THE STATE OF FLORIDA
DEPARTMENT OF INSURANCE

---

JANE KROLAK

PLAINTIFF(S),

VS.

HUMANA HEALTH INSURANCE COMPANY OF FLORIDA INC.

DEFENDANT(S).

_____/

SUMMONS, COMPLAINT, EXHIBITS

CASE #:    00-6192 CIV-~~DIMITROULEAS~~ DAVIS
COURT:     US DISTRICT COURT
COUNTY:    SOUTHERN
DOI-SOP#:  00-06339

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HERBY GIVEN of the acceptance or receipt of Service of Process by the Insurance Commissioner and Treasurer, served or delivered to my office by SHERIFF on the 24th day of February, 00, addressed to the Insurance Commissioner (as process agent or agent for the insurer). A copy of said process was mailed by certified mail from this office to:

   HUMANA HEALTH INSURANCE COMPANY OF FLORIDA INC.
   PATRICIA PIZZUTO
   PRENTICE-HALL CORPORATION SYSTEMS, INC.
   1201 HAYS STREET
   TALLAHASSEE FL 32301

as resident agent for the named insurer according to my records; or mailed to said addressee as an agent or to said insurer at the request of the plaintiff or plaintiff's attorney on the 28th day of February, 00.

*Bill Nelson*
Bill Nelson
Insurance Commissioner and Treasurer

Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.

Distribution: Clerk of Court, Defendant, Plaintiff or Plaintiff's Attorney

Plaintiff's Representative:
TIMOTHY P. BEAVERS, ESQUIRE
110 SOUTHEAST 6TH STREET
THE 110 TOWER, SUITE 1900
FORT LAUDERDALE FL 33301

CA



2000

230P          24          FEB