NON-COMPLIANCE OF S.D. fla. L.R. 5.1.H?
5.1.B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

JANE KROLAK,  CASE NO. 00-6192-CIV-DAVIS ~~DIMITROULEAS~~
                    Magistrate Judge Brown

    Plaintiff,

v.

HUMANA HEALTH INSURANCE
COMPANY OF FLORIDA, INC.,

    Defendant.
_____/

### NOTICE OF UNAVAILABILITY

THE UNDERSIGNED advises all parties that he shall be unavailable from the period of Friday, July 14, 2000 through Monday, July 31, 2000 due to a planned prepaid family vacation and will be out of the jurisdiction. Please refrain from setting or conducting any proceedings during this period.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. mail this 28th day of April 1999 upon: **Timothy P. Beavers, Esq.**, Attorney for Plaintiff, McFann & Beavers, P.A., The 110 Tower, Suite 1900, 110 Southeast 6th Street, Fort Lauderdale, Florida 33301.

        **WALDMAN FELUREN & TRIGOBOFF, P.A.**
        One Financial Plaza•Suite 1500
        Fort Lauderdale, Florida 33394
        Telephone: (954) 467-8600
        Facsimile: (954) 467-6222

        By:_____
        Craig J. Trigoboff
        Fla. Bar No. 880541