UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6192-CIV – DAVIS
Magistrate JOHNSON

JANE KROLAK,

      Plaintiff,

-vs-

HUMANA HEALTH INSURANCE
COMPANY OF FLORIDA, INC.,

      Defendant.
_____/



### PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION

Plaintiff, JANE KROLAK, through her undersigned counsel, responds to Defendant's First Request for Production pursuant to Rule 1.350 of the Florida Rules of Civil Procedure as follows:

1. A copy of the policy for Group No. 75797 is attached.

2. None in Plaintiff's possession at present time.

3. All correspondence in Plaintiff's possession between Plaintiff and Humana is attached.

4. All medical records relative to the subject claim and in Plaintiff's possession at the present time are attached.

5. See response to No. 3 above.

6. Income tax returns have been requested and will produced

MAY 0 8 2000

Rec'd in MIA Dkt _____

NON-COMPLIANCE OF S.D. fla. L.R. 5.1(B)

upon receipt.

7. None.

8. See copies of medical bills attached.

9. See attached.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served, by mail, this 26th day of April, 2000, to CRAIG J. TRIGOBOFF, ESQUIRE, Waldman Feluren & Trigoboff, P.A., One Financial Plaza, Suite 1500, Fort Lauderdale, Florida 33301.

McFANN & BEAVERS, P.A.
The 110 Tower, Suite 1900
110 Southeast 6th Street
Fort Lauderdale, Florida 33301
Telephone: (954) 462-8500
Fax: 462-8510

By: _____
TIMOTHY P. BEAVERS
Attorney for Plaintiff
FLORIDA BAR NO.: 258393