

FILED BY ______ D.C.
00 MAY -9 PM 12:35
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6192-CIV – DAVIS
Magistrate JOHNSON

JANE KROLAK,

Plaintiff,

-vs-

HUMANA HEALTH INSURANCE COMPANY OF FLORIDA, INC.,

Defendant.
_______________________________/

**REQUEST FOR ADMISSIONS**

NON-COMPLIANCE OF S.D. fla. L.R. 5.1(B)

Plaintiff, JANE KROLAK, through the undersigned counsel and pursuant to Rule 36, Federal Rules of Civil Procedure, requests Defendant, HUMANA, to admit the truth of the following matters:

1. Defendant, HUMANA HEALTH INSURANCE COMPANY OF FLORIDA, INC., provided group health insurance coverage to Plaintiff, JANE KROLAK, during the period of January 1, 1996 through December 31, 1997.

2. Defendant, HUMANA HEALTH INSURANCE COMPANY OF FLORIDA, INC., provided group health insurance coverage to plaintiff, JANE KROLAK, during the period of January 1, 1997 through December 31, 1998.

3. Plaintiff, JANE KROLAK, or her medical providers, Dr. Arthur Segall, Jr., Dr. Robert H. Mills or Dr. Michael Abrahams, submitted timely to Defendant, HUMANA, claims forms and billing documentation required under the terms of the subject insurance coverage for medical services rendered during January 1, 1996 through December 31, 1998.

4. Plaintiff, JANE KROLAK, completed all conditions precedent under the claims process of Defendant, HUMANA, with respect to the medical expenses for treatment by Dr. Arthur Segall, Jr. during the calendar years 1996 and 1997.



5. Plaintiff, JANE KROLAK, completed all conditions precedent under the claims process of Defendant, HUMANA, with respect to the medical expenses for treatment by Dr. Robert Mills during the calendar years 1996 and 1997.

6. Plaintiff, JANE KROLAK, completed all conditions precedent under the claims process of Defendant, HUMANA, with respect to the medical expenses for treatment by Dr. Michael Abrahams during the calendar years 1996 and 1997.

7. Admit the authenticity of the attached billing of Dr. Arthur Segall, Jr. as Exhibit "A".

8. Admit the authenticity of the attached billing of Dr. Robert Mills as Exhibit "B".

9. Admit the authenticity of the attached billing of Dr. Michael Abrahams as Exhibit "C".

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail, this 7th day of May, 2000, to CRAIG J. TRIGOBOFF, ESQUIRE, Attorney for Defendant, Waldman Feluren & Trigoboff, P.A., One Financial Plaza, Suite 1500, Fort Lauderdale, Florida 33394.

McFANN & BEAVERS, P.A.

The 110 Tower, Suite 1900
110 Southeast 6th Street
Fort Lauderdale, Florida 33301
Telephone: (954) 462-8500
Fax: 462-8510

By: ______________________
TIMOTHY P. BEAVERS
Attorney for Plaintiff
FLORIDA BAR NO.: 258393

May 3, 2000 4:41 PM X-Med (Transaction List) - ORTHOPAEDIC ASSOCIATES USA Page: 1

Accts: C39383 To C39383 Service Dates: 10/28/96 To 12/03/96

| Account | Name | | Address | | | | | | | | | | Phone |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From Date | To Date | Sch | Entry Date | Qty Proc | Rpt Prov Loc | Amount | Allowed | Balance | Ins | Diag1 | Diag2 | Diag3 | Clm Date |
| | Pay Date | Sch | PayCd Description | | | Amount | | Balance | Ins | | | | |
| C39383 | KROLAK, JANE E | | 8083 LAKE POINTE CT, PLANTATION, FL 33322 | | | | | | | | | | (954)424-1092 |
| 10/28/96 | 10/28/96 | 01 | 10/28/96 | 1 9920425 | 01 005 01 | 160.00 | 160.00 | 160.00 | PIP | 845.00 | | | 00/00/00 |
| Payment | 11/21/96 | 77 | 94 PAYMENT-INSURANCE | | | 64.00 | | 96.00 | 000 | | | | |
| Payment | 03/22/97 | 80 | P2 PATIENT PAYMENT-CHECK | | | 96.00 | | 0.00 | 000 | | | | |
| 10/28/96 | 10/28/96 | 01 | 10/28/96 | 1 L3908 | 01 005 01 | 350.00 | 350.00 | 350.00 | PIP | 718.47 | | | 00/00/00 |
| Payment | 03/06/97 | 78 | 01 ITEM/SERVICE NOT COV'D BY INS | | | 0.00 | | 350.00 | 000 | | | | |
| Payment | 03/22/97 | 80 | P2 PATIENT PAYMENT-CHECK | | | 106.33 | | 243.67 | 000 | | | | |
| Adjmnt | 04/08/97 | 74 | A5 ADJUSTMENT - DR. APPROVED | | | 243.67 | | 0.00 | 000 | | | | |
| 10/28/96 | 10/28/96 | 01 | 10/28/96 | 1 72110 | 01 005 01 | 60.00 | 60.00 | 60.00 | PIP | 848.5 | | | 00/00/00 |
| Payment | 11/21/96 | 77 | P4 PAYMENT-INSURANCE | | | 24.00 | | 36.00 | 000 | | | | |
| Payment | 03/22/97 | 80 | P2 PATIENT PAYMENT-CHECK | | | 36.00 | | 0.00 | 000 | | | | |
| 11/14/96 | 11/14/96 | 11 | 11/14/96 | 1 99212 | 005 01 | 70.00 | 24.30 | 70.00 | PIP | 718.87 | 845.00 | 840.0 | 11/22/96 |
| Payment | 12/24/96 | 77 | Q4 PAYMENT-HMO/PPO | | | 19.44 | | 50.56 | PIP* | | | | |
| Adjmnt | 12/24/96 | 77 | A1 ADJ - HMO/PPO | | | 45.70 | | 4.86 | 000 | | | | |
| Payment | 03/22/97 | 80 | P2 PATIENT PAYMENT-CHECK | | | 4.86 | | 0.00 | 000 | | | | |
| 12/03/96 | 12/03/96 | 12 | 12/03/96 | 1 99213 | 005 01 | 95.00 | 34.03 | 95.00 | PIP | 718.87 | 845.00 | 840.0 | 12/11/96 |
| Payment | 12/24/96 | 77 | Q4 PAYMENT-HMO/PPO | | | 27.22 | | 67.78 | PIP* | | | | |
| Adjmnt | 12/24/96 | 77 | A1 ADJ - HMO/PPO | | | 60.97 | | 6.81 | 000 | | | | |
| Payment | 03/22/97 | 80 | P2 PATIENT PAYMENT-CHECK | | | 6.81 | | 0.00 | 000 | | | | |

Charges: 735.00 Payments: 384.66 Adjustments: 350.34 Acct Balance: 0.00 Unassigned: 0.00

EXHIBIT "A"

ACCOUNT NO. 137020016

HEALTHSOUTH REHAB CTR FT LAUD
P O BOX 560578
ROCKLEDGE, FL 32956-0578
(800) 854-5595

PATIENT KROLAK, JANE

PHONE NO. (954) 424-1002

JANE KROLAK
3009 LAKE POINT COURT
PLANTATION, FL 33322

ADMIT DATE 01/07/97
DISCHARGE DATE 03/19/97
SOCIAL SEC. NO. 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

---

DIAGNOSIS 8243 FX LATERAL MALLEOLUS-OPN
PHYSICIAN 560 MILLS R
INSURANCE 59 COLUMBIA/HCA CLAIMS PP
SERVICE DATE 01/07/97 - 03/19/97

EMPLOYER 0497 PLANTATION GENERAL H
NATL ACCT 1645 HEALTH ADVANTAGE
FSC CODE 6 HMO/PPO
PAR CODE 111

---

SUMMARY PATIENT CHARGES 3,300.00
PATIENT PAYMENTS 43.00-
PATIENT ADJUSTMENTS 135.00-
AMOUNT DUE 3,117.00

---

| DATE OF SERVICE | COST CENTER | ITEM NO. | CPT4 CODE | DESCRIPTION | UNITS | UNIT COST | EXTEN CHAR |
|---|---|---|---|---|---|---|---|
| 01/07/97 | 421 | 100 | 99203 | INTIAL EVAL | 1 | 75.00 | 75.00 |
| 01/07/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 2 | 30.00 | 60.00 |
| 01/09/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 3 | 30.00 | 90.00 |
| 01/14/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 01/15/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 01/17/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 01/20/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 01/22/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 01/25/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 01/29/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 01/30/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 02/03/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 02/05/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 02/07/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 02/12/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 02/12/97 | 23 | 1 | 00000 | HMO/PPO ADJ | 1- | | 60.00 |
| 02/12/97 | 23 | 31 | | HMO-TREAT AS PROVIDER | 1- | | 75.00 |
| 02/14/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 02/17/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 02/19/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 02/22/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 02/26/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 02/28/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 03/03/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 03/06/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 03/08/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 03/11/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 03/14/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 03/17/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 03/17/97 | 5 | 713 | | THE HEALTH ADVANTAGE | 1- | | 43.00 |
| 03/19/97 | 421 | 100 | 99203 | INTIAL EVAL | 1 | 75.00 | 75.00 |

EXHIBIT "B"

PATIENT 13792[illegible] [illegible], JANE PAGE 2

| DATE OF SERVICE | COST CENTER | ITEM NO. | CPT4 CODE | DESCRIPTION | UNITS | UNIT COST | EXTEND CHARG |
|---|---|---|---|---|---|---|---|
| [illegible]/1?/?7 | 42[illegible] | [illegible] | 9711[illegible] | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| | | | | PAY THIS AMOUNT | | | 3,117.[illegible] |

CCOUNT NO. 137020536

HEALTHSOUTH REHAB CTR FT LAUD
P O BOX 550576
ROCKLEDGE, FL 32955-0575
(800) 854-5595

TIENT KAPLAN, JANE

PHONE NO. (954) 424-1002

JANE KAPLAN
8099 LAKE POINTE CT
PLANTATION, FL 33324

ADMIT DATE 05/01/97
DISCHARGE DATE 06/11/97
SOCIAL SEC. NO. 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

---

AGNOSIS 8245 FX LATERAL MALLEOLUS-OPN — EMPLOYER 0497 PLANTATION GENERAL H
HYSICIAN 550 MILLS P — NATL ACCT 1645 HEALTH ADVANTAGE
NSURANCE 405 HEALTH ADVANTAGE NETWORK — FSC CODE 6 HMO/PPO
ERVICE DATE 05/01/97 - 07/13/97 — PAR CODE 111

---

| SUMMARY | | |
|---|---|---|
| | PATIENT CHARGES | 1,990.00 |
| | PATIENT PAYMENTS | 0.00 |
| | PATIENT ADJUSTMENTS | 0.00 |
| | AMOUNT DUE | 1,990.00 |

---

| ATE OF ERVICE | COST CENTER | ITEM NO. | CPT4 CODE | DESCRIPTION | UNITS | UNIT COST | EXTENDE CHARGE |
|---|---|---|---|---|---|---|---|
| 5/01/97 | 421 | 102 | 95831 | RE-EVAL (MANUAL MUSCLE | 1 | 50.00 | 50.00 |
| 5/01/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 3 | 30.00 | 90.00 |
| 5/03/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 5/07/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 5/09/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 5/12/97 | 99 | 63 | | CANCEL/NO SHOWS | 1 | | .00 |
| 5/13/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 5/15/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 5/19/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 5/21/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 5/22/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 5/26/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 5/27/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 5/31/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 6/03/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 6/06/97 | 421 | 102 | 95831 | RE-EVAL (MANUAL MUSCLE | 1 | 50.00 | 50.00 |
| 6/05/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |
| 6/09/97 | 431 | 400 | 97110 | THERAPEUTIC EXERCISE, | 4 | 30.00 | 120.00 |
| 6/11/97 | 421 | 400 | 97110 | THERAPEUTIC EXERC., 15 | 4 | 30.00 | 120.00 |

PAY THIS AMOUNT 1,990.00

MICHAEL ABRAHAMS MDPT Date: 07/22/97

Account Number: 51587
JANE E KROLAK
5900 SW 6 STREET
PLANTATION, FL 33317

| | Current | 30-60 | 60-90 | >90 | Total |
|---|---|---|---|---|---|
| Pat: | 0.00 | 0.00 | 0.00 | 10182.51 | 10182.51 |
| Ins: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Tot: | 0.00 | 0.00 | 0.00 | 10182.51 | 10182.51 |

| DATE | PH | LO | CL | I | DESCRIPTION 2 | AMT | Applied | BAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | Balance Forward as of 01/01/96 | 1835.05 | | |
| 01/02/96 | 1 | 1 | 34 | | KINETIC EXERCISE | 45.00 | 45.00 | 0.00 |
| 01/02/96 | 1 | 1 | 34 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | 28.00 | 0.00 |
| 01/02/96 | 1 | 1 | 34 | | ULTRASOUND | 28.00 | 28.00 | 0.00 |
| 01/02/96 | 1 | 1 | 34 | | COLD PACKS | 28.00 | 28.00 | 0.00 |
| 01/02/96 | 1 | 1 | 34 | | WHIRLPOOL | 28.00 | 28.00 | 0.00 |
| 01/08/96 | 1 | 1 | 35 | | KINETIC EXERCISE | 45.00 | 45.00 | 0.00 |
| 01/08/96 | 1 | 1 | 35 | | HOT PACKS | 28.00 | 28.00 | 0.00 |
| 01/08/96 | 1 | 1 | 35 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | 28.00 | 0.00 |
| 01/08/96 | 1 | 1 | 35 | | ULTRASOUND | 28.00 | 28.00 | 0.00 |
| 01/08/96 | 1 | 1 | 35 | | WHIRLPOOL | 28.00 | 28.00 | 0.00 |
| 01/11/96 | 1 | 1 | 35 | | KINETIC EXERCISE | 45.00 | 45.00 | 0.00 |
| 01/11/96 | 1 | 1 | 35 | | ELECTRICAL STIMULATION ATTENDED | 38.00 | 38.00 | 0.00 |
| 01/11/96 | 1 | 1 | 35 | | COLD PACKS | 28.00 | 28.00 | 0.00 |
| 01/11/96 | 1 | 1 | 35 | | WHIRLPOOL | 28.00 | 5.00 | 23.00P |
| 01/16/96 | 1 | 1 | 36 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 01/16/96 | 1 | 1 | 36 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 01/16/96 | 1 | 1 | 36 | | ULTRASOUND | 28.00 | | 28.00P |
| 01/16/96 | 1 | 1 | 36 | | COLD PACKS | 28.00 | | 28.00P |
| 01/16/96 | 1 | 1 | 36 | | WHIRLPOOL | 28.00 | | 28.00P |
| 01/19/96 | 1 | 1 | 37 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 01/19/96 | 1 | 1 | 37 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 01/19/96 | 1 | 1 | 37 | | ULTRASOUND | 28.00 | | 28.00P |
| 01/19/96 | 1 | 1 | 37 | | COLD PACKS | 28.00 | | 28.00P |
| 01/19/96 | 1 | 1 | 37 | | WHIRLPOOL | 28.00 | | 28.00P |
| 01/22/96 | 1 | 1 | 37 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 01/22/96 | 1 | 1 | 37 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 01/22/96 | 1 | 1 | 37 | | ULTRASOUND | 28.00 | | 28.00P |
| 01/22/96 | 1 | 1 | 37 | | COLD PACKS | 28.00 | | 28.00P |
| 01/22/96 | 1 | 1 | 37 | | WHIRLPOOL | 28.00 | | 28.00P |
| 01/25/96 | 1 | 1 | 38 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 01/25/96 | 1 | 1 | 38 | | HOT PACKS | 28.00 | | 28.00P |
| 01/25/96 | 1 | 1 | 38 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 01/25/96 | 1 | 1 | 38 | | COLD PACKS | 28.00 | | 28.00P |
| 01/29/96 | 1 | 1 | 38 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 01/29/96 | 1 | 1 | 38 | | HOT PACKS | 28.00 | | 28.00P |
| 01/29/96 | 1 | 1 | 38 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 01/29/96 | 1 | 1 | 38 | | ULTRASOUND | 28.00 | | 28.00P |
| 01/29/96 | 1 | 1 | 38 | | COLD PACKS | 28.00 | | 28.00P |
| 02/01/96 | 1 | 1 | 39 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 02/01/96 | 1 | 1 | 39 | | COLD PACKS | 28.00 | | 28.00P |
| 02/01/96 | 1 | 1 | 39 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 02/01/96 | 1 | 1 | 39 | | HOT PACKS | 28.00 | | 28.00P |
| 02/05/96 | 1 | 1 | 39 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 02/05/96 | 1 | 1 | 39 | | HOT PACKS | 28.00 | | 28.00P |
| 02/05/96 | 1 | 1 | 39 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 02/05/96 | 1 | 1 | 39 | | ULTRASOUND | 28.00 | | 28.00P |
| 02/05/96 | 1 | 1 | 39 | | COLD PACKS | 28.00 | | 28.00P |
| 02/07/96 | 1 | 1 | 39 | | HOT PACKS | 28.00 | | 28.00P |
| 02/07/96 | 1 | 1 | 39 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 02/07/96 | 1 | 1 | 39 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 02/07/96 | 1 | 1 | 39 | | COLD PACKS | 28.00 | | 28.00P |
| 02/13/96 | 1 | 1 | 40 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 02/13/96 | 1 | 1 | 40 | | ULTRASOUND | 28.00 | | 28.00P |
| 02/13/96 | 1 | 1 | 40 | | COLD PACKS | | | |

EXHIBIT "C"

MICHAEL ABRAHAMS MDPT Date: 07/22/97

Account Number: 51587
JANE E KROLAK
5900 SW 6 STREET
PLANTATION, FL 33317

| | Current | 30-60 | 60-90 | >90 | Total |
|---|---|---|---|---|---|
| Pat: | 0.00 | 0.00 | 0.00 | 10182.51 | 10182.51 |
| Ins: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Tot: | 0.00 | 0.00 | 0.00 | 10182.51 | 10182.51 |

| DATE | PH | LO | CL | I | DESCRIPTION 2 | AMT | Applied | BAL |
|---|---|---|---|---|---|---|---|---|
| 02/13/96 | 1 | 1 | 40 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 02/13/96 | 1 | 1 | 40 | | HOT PACKS | 28.00 | | 28.00P |
| 02/15/96 | 1 | 1 | 41 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 02/15/96 | 1 | 1 | 41 | | HOT PACKS | 28.00 | | 28.00P |
| 02/15/96 | 1 | 1 | 41 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 02/15/96 | 1 | 1 | 41 | | COLD PACKS | 28.00 | | 28.00P |
| 02/15/96 | 1 | 1 | 41 | | KINETIC EXERCISE | 28.00 | | 28.00P |
| 02/20/96 | 1 | 1 | 41 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 02/20/96 | 1 | 1 | 41 | | HOT PACKS | 28.00 | | 28.00P |
| 02/20/96 | 1 | 1 | 41 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 02/20/96 | 1 | 1 | 41 | | ULTRASOUND | 28.00 | | 28.00P |
| 02/20/96 | 1 | 1 | 41 | | COLD PACKS | 28.00 | | 28.00P |
| 02/22/96 | 1 | 1 | 42 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 02/22/96 | 1 | 1 | 42 | | HOT PACKS | 28.00 | | 28.00P |
| 02/22/96 | 1 | 1 | 42 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 02/22/96 | 1 | 1 | 42 | | COLD PACKS | 28.00 | | 28.00P |
| 02/22/96 | 1 | 1 | 42 | | ULTRASOUND | 28.00 | | 28.00P |
| 02/27/96 | 1 | 1 | 42 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 02/27/96 | 1 | 1 | 42 | | COLD PACKS | 28.00 | | 28.00P |
| 02/27/96 | 1 | 1 | 42 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 02/27/96 | 1 | 1 | 42 | | HOT PACKS | 28.00 | | 28.00P |
| 03/01/96 | 1 | 1 | 43 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 03/01/96 | 1 | 1 | 43 | | HOT PACKS | 28.00 | | 28.00P |
| 03/01/96 | 1 | 1 | 43 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 03/01/96 | 1 | 1 | 43 | | COLD PACKS | 28.00 | | 28.00P |
| 03/04/96 | 1 | 1 | 43 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 03/04/96 | 1 | 1 | 43 | | HOT PACKS | 28.00 | | 28.00P |
| 03/04/96 | 1 | 1 | 43 | | ULTRASOUND | 28.00 | | 28.00P |
| 03/07/96 | 1 | 1 | 43 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 03/07/96 | 1 | 1 | 43 | | COLD PACKS | 28.00 | | 28.00P |
| 03/07/96 | 1 | 1 | 43 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 03/07/96 | 1 | 1 | 43 | | HOT PACKS | 28.00 | | 28.00P |
| 03/11/96 | 1 | 1 | 44 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 03/11/96 | 1 | 1 | 44 | | COLD PACKS | 28.00 | | 28.00P |
| 03/11/96 | 1 | 1 | 44 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 03/11/96 | 1 | 1 | 44 | | HOT PACKS | 28.00 | | 28.00P |
| 03/15/96 | 1 | 1 | 44 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 03/15/96 | 1 | 1 | 44 | | COLD PACKS | 28.00 | | 28.00P |
| 03/15/96 | 1 | 1 | 44 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 03/15/96 | 1 | 1 | 44 | | HOT PACKS | 28.00 | | 28.00P |
| 03/18/96 | 1 | 1 | 45 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 03/18/96 | 1 | 1 | 45 | | COLD PACKS | 28.00 | | 28.00P |
| 03/18/96 | 1 | 1 | 45 | | ULTRASOUND | 28.00 | | 28.00P |
| 03/18/96 | 1 | 1 | 45 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 03/18/96 | 1 | 1 | 45 | | HOT PACKS | 28.00 | | 28.00P |
| 03/21/96 | 1 | 1 | 45 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 03/21/96 | 1 | 1 | 45 | | HOT PACKS | 28.00 | | 28.00P |
| 03/21/96 | 1 | 1 | 45 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 03/21/96 | 1 | 1 | 45 | | COLD PACKS | 28.00 | | 28.00P |
| 03/26/96 | 1 | 1 | 46 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 03/26/96 | 1 | 1 | 46 | | COLD PACKS | 28.00 | | 28.00P |
| 03/26/96 | 1 | 1 | 46 | | ULTRASOUND | 28.00 | | 28.00P |
| 03/26/96 | 1 | 1 | 46 | | HOT PACKS | 28.00 | | 28.00P |
| 03/29/96 | 1 | 1 | 46 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 03/29/96 | 1 | 1 | 46 | | HOT PACKS | [illegible] | | [illegible] |

MICHAEL ABRAHAMS MDPT Date: 07/22/97

Account Number: 51587
JANE E KROLAK
5900 SW 6 STREET
PLANTATION, FL 33317

| | Current | 30-60 | 60-90 | >90 | Total |
|---|---|---|---|---|---|
| Pat: | 0.00 | 0.00 | 0.00 | 10182.51 | 10182.51 |
| Ins: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Tot: | 0.00 | 0.00 | 0.00 | 10182.51 | 10182.51 |

| DATE | PH | LO | CL | I | DESCRIPTION 2 | AMT | Applied | BAL |
|---|---|---|---|---|---|---|---|---|
| 03/29/96 | 1 | 1 | 46 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 03/29/96 | 1 | 1 | 46 | | COLD PACKS | 28.00 | | 28.00P |
| 04/02/96 | 1 | 1 | 47 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 04/02/96 | 1 | 1 | 47 | | HOT PACKS | 28.00 | | 28.00P |
| 04/02/96 | 1 | 1 | 47 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 04/02/96 | 1 | 1 | 47 | | COLD PACKS | 28.00 | | 28.00P |
| 04/08/96 | 1 | 1 | 48 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 04/08/96 | 1 | 1 | 48 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 04/08/96 | 1 | 1 | 48 | | ULTRASOUND | 28.00 | | 28.00P |
| 04/08/96 | 1 | 1 | 48 | | COLD PACKS | 28.00 | | 28.00P |
| 04/08/96 | 1 | 1 | 48 | | WHIRLPOOL | 28.00 | | 28.00P |
| 04/11/96 | 1 | 1 | 49 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 04/11/96 | 1 | 1 | 49 | | WHIRLPOOL | 28.00 | | 28.00P |
| 04/11/96 | 1 | 1 | 49 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 04/11/96 | 1 | 1 | 49 | | COLD PACKS | 28.00 | | 28.00P |
| 04/15/96 | 1 | 1 | 49 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 04/15/96 | 1 | 1 | 49 | | HOT PACKS | 28.00 | | 28.00P |
| 04/15/96 | 1 | 1 | 49 | | COLD PACKS | 28.00 | | 28.00P |
| 04/15/96 | 1 | 1 | 49 | | WHIRLPOOL | 28.00 | | 28.00P |
| 04/18/96 | 1 | 1 | 49 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 04/18/96 | 1 | 1 | 49 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 04/18/96 | 1 | 1 | 49 | | COLD PACKS | 28.00 | | 28.00P |
| 04/18/96 | 1 | 1 | 49 | | WHIRLPOOL | 28.00 | | 28.00P |
| 04/04/96 | 1 | 1 | 49 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 04/04/96 | 1 | 1 | 49 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 04/04/96 | 1 | 1 | 49 | | HOT PACKS | 28.00 | | 28.00P |
| 04/26/96 | 1 | 1 | 49 | | ELECTRICAL STIMULATION ATTENDED | 38.00 | | 38.00P |
| 04/26/96 | 1 | 1 | 49 | | WHIRLPOOL | 28.00 | | 28.00P |
| 04/29/96 | 1 | 1 | 49 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 04/29/96 | 1 | 1 | 49 | | COLD PACKS | 28.00 | | 28.00P |
| 04/29/96 | 1 | 1 | 49 | | WHIRLPOOL | 28.00 | | 28.00P |
| 05/02/96 | 1 | 1 | 50 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 05/02/96 | 1 | 1 | 50 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 05/02/96 | 1 | 1 | 50 | | COLD PACKS | 28.00 | | 28.00P |
| 05/02/96 | 1 | 1 | 50 | | WHIRLPOOL | 28.00 | | 28.00P |
| 05/08/96 | 1 | 1 | 50 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 05/08/96 | 1 | 1 | 50 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 05/08/96 | 1 | 1 | 50 | | ULTRASOUND | 28.00 | | 28.00P |
| 05/08/96 | 1 | 1 | 50 | | COLD PACKS | 28.00 | | 28.00P |
| 05/08/96 | 1 | 1 | 50 | | WHIRLPOOL | 28.00 | | 28.00P |
| 05/09/96 | 1 | 1 | 50 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 05/09/96 | 1 | 1 | 50 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 05/09/96 | 1 | 1 | 50 | | ULTRASOUND | 28.00 | | 28.00P |
| 05/09/96 | 1 | 1 | 50 | | COLD PACKS | 28.00 | | 28.00P |
| 05/09/96 | 1 | 1 | 50 | | WHIRLPOOL | 28.00 | | 28.00P |
| 05/13/96 | 1 | 1 | 50 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 05/13/96 | 1 | 1 | 50 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 05/13/96 | 1 | 1 | 50 | | ULTRASOUND | 28.00 | | 28.00P |
| 05/13/96 | 1 | 1 | 50 | | COLD PACKS | 28.00 | | 28.00P |
| 05/13/96 | 1 | 1 | 50 | | WHIRLPOOL | 28.00 | | 28.00P |
| 05/20/96 | 1 | 1 | 51 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 05/20/96 | 1 | 1 | 51 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 05/20/96 | 1 | 1 | 51 | | ULTRASOUND | 28.00 | | 28.00P |
| 05/20/96 | 1 | 1 | 51 | | COLD PACKS | 28.00 | | 28.00P |
| 05/17/96 | 1 | 1 | 51 | | KINETIC EXERCISE | [illegible] | | [illegible] |

MICHAEL ABRAHAMS MDPT Date: 07/22/97

| Account Number: 51587 | | Current | 30-60 | 60-90 | >90 | Total |
|---|---|---|---|---|---|---|
| JANE E KROLAK | Pat: | 0.00 | 0.00 | 0.00 | 10182.51 | 10182.51 |
| 5900 SW 6 STREET | Ins: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PLANTATION, FL 33317 | Tot: | 0.00 | 0.00 | 0.00 | 10182.51 | 10182.51 |

| DATE | PH | LO | CL | I | DESCRIPTION 2 | AMT | Applied | BAL |
|---|---|---|---|---|---|---|---|---|
| 05/17/96 | 1 | 1 | 51 | | ULTRASOUND | 28.00 | | 28.00P |
| 05/17/96 | 1 | 1 | 51 | | WHIRLPOOL | 28.00 | | 28.00P |
| 05/23/96 | 1 | 1 | 51 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 05/23/96 | 1 | 1 | 51 | | ULTRASOUND | 28.00 | | 28.00P |
| 05/23/96 | 1 | 1 | 51 | | WHIRLPOOL | 28.00 | | 28.00P |
| 05/30/96 | 1 | 1 | 52 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 05/30/96 | 1 | 1 | 52 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 05/30/96 | 1 | 1 | 52 | | COLD PACKS | 28.00 | | 28.00P |
| 05/30/96 | 1 | 1 | 52 | | WHIRLPOOL | 28.00 | | 28.00P |
| 06/05/96 | 1 | 1 | 52 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 06/05/96 | 1 | 1 | 52 | | WHIRLPOOL | 28.00 | | 28.00P |
| 06/05/96 | 1 | 1 | 52 | | COLD PACKS | 28.00 | | 28.00P |
| 06/05/96 | 1 | 1 | 52 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 06/10/96 | 1 | 1 | 52 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 06/10/96 | 1 | 1 | 52 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 06/10/96 | 1 | 1 | 52 | | ULTRASOUND | 28.00 | | 28.00P |
| 06/10/96 | 1 | 1 | 52 | | COLD PACKS | 28.00 | | 28.00P |
| 06/10/96 | 1 | 1 | 52 | | WHIRLPOOL | 28.00 | | 28.00P |
| 06/06/96 | 1 | 1 | 52 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 06/06/96 | 1 | 1 | 52 | | ULTRASOUND | 28.00 | | 28.00P |
| 06/06/96 | 1 | 1 | 52 | | COLD PACKS | 28.00 | | 28.00P |
| 06/06/96 | 1 | 1 | 52 | | WHIRLPOOL | 28.00 | | 28.00P |
| 06/06/96 | 1 | 1 | 52 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 06/14/96 | 1 | 1 | 52 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 06/14/96 | 1 | 1 | 52 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 06/14/96 | 1 | 1 | 52 | | ULTRASOUND | 28.00 | | 28.00P |
| 06/14/96 | 1 | 1 | 52 | | COLD PACKS | 28.00 | | 28.00P |
| 06/14/96 | 1 | 1 | 52 | | WHIRLPOOL | 28.00 | | 28.00P |
| 06/18/96 | 1 | 1 | 53 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 06/18/96 | 1 | 1 | 53 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 06/18/96 | 1 | 1 | 53 | | COLD PACKS | 28.00 | | 28.00P |
| 06/18/96 | 1 | 1 | 53 | | WHIRLPOOL | 28.00 | | 28.00P |
| 06/20/96 | 1 | 1 | 53 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 06/20/96 | 1 | 1 | 53 | | WHIRLPOOL | 28.00 | | 28.00P |
| 06/20/96 | 1 | 1 | 53 | | COLD PACKS | 28.00 | | 28.00P |
| 06/20/96 | 1 | 1 | 53 | | ULTRASOUND | 28.00 | | 28.00P |
| 06/20/96 | 1 | 1 | 53 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 06/20/96 | 1 | 1 | 53 | | HOT PACKS | 28.00 | | 28.00P |
| 06/24/96 | 1 | 1 | 53 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 06/24/96 | 1 | 1 | 53 | | ULTRASOUND | 28.00 | | 28.00P |
| 06/24/96 | 1 | 1 | 53 | | COLD PACKS | 28.00 | | 28.00P |
| 06/24/96 | 1 | 1 | 53 | | WHIRLPOOL | 28.00 | | 28.00P |
| 06/24/96 | 1 | 1 | 53 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 06/27/96 | 1 | 1 | 54 | | ULTRASOUND | 28.00 | | 28.00P |
| 06/27/96 | 1 | 1 | 54 | | WHIRLPOOL | 28.00 | | 28.00P |
| 06/27/96 | 1 | 1 | 54 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 07/01/96 | 1 | 1 | 54 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 07/01/96 | 1 | 1 | 54 | | ULTRASOUND | 28.00 | | 28.00P |
| 07/01/96 | 1 | 1 | 54 | | COLD PACKS | 28.00 | | 28.00P |
| 07/01/96 | 1 | 1 | 54 | | WHIRLPOOL | 28.00 | | 28.00P |
| 07/01/96 | 1 | 1 | 54 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 07/02/96 | 1 | 1 | 54 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 07/02/96 | 1 | 1 | 54 | | ULTRASOUND | 28.00 | | 28.00P |
| 07/02/96 | 1 | 1 | 54 | | COLD PACKS | 28.00 | | 28.00P |
| 07/02/96 | 1 | 1 | 54 | | WHIRLPOOL | 28.00 | | 28.00P |

| Account Number: 51587 | | Current | 30-60 | 60-90 | >90 | Total |
|---|---|---|---|---|---|---|
| JANE E KROLAK | Pat: | 0.00 | 0.00 | 0.00 | 10182.51 | 10182.51 |
| 5900 SW 6 STREET | Ins: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PLANTATION, FL 33317 | Tot: | 0.00 | 0.00 | 0.00 | 10182.51 | 10182.51 |

| DATE | PH | LO | CL | I | DESCRIPTION 2 | AMT | Applied | BAL |
|---|---|---|---|---|---|---|---|---|
| 07/02/96 | 1 | 1 | 54 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 07/08/96 | 1 | 1 | 54 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 07/08/96 | 1 | 1 | 54 | | COLD PACKS | 28.00 | | 28.00P |
| 07/08/96 | 1 | 1 | 54 | | WHIRLPOOL | 28.00 | | 28.00P |
| 07/08/96 | 1 | 1 | 54 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 07/11/96 | 1 | 1 | 55 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 07/11/96 | 1 | 1 | 55 | | ULTRASOUND | 28.00 | | 28.00P |
| 07/11/96 | 1 | 1 | 55 | | COLD PACKS | 28.00 | | 28.00P |
| 07/11/96 | 1 | 1 | 55 | | WHIRLPOOL | 28.00 | | 28.00P |
| 07/11/96 | 1 | 1 | 55 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 07/15/96 | 1 | 1 | 55 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 07/15/96 | 1 | 1 | 55 | | ULTRASOUND | 28.00 | | 28.00P |
| 07/15/96 | 1 | 1 | 55 | | COLD PACKS | 28.00 | | 28.00P |
| 07/15/96 | 1 | 1 | 55 | | WHIRLPOOL | 28.00 | | 28.00P |
| 07/15/96 | 1 | 1 | 55 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 07/18/96 | 1 | 1 | 55 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 07/18/96 | 1 | 1 | 55 | | ULTRASOUND | 28.00 | | 28.00P |
| 07/18/96 | 1 | 1 | 55 | | COLD PACKS | 28.00 | | 28.00P |
| 07/18/96 | 1 | 1 | 55 | | WHIRLPOOL | 28.00 | | 28.00P |
| 07/18/96 | 1 | 1 | 55 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 07/22/96 | 1 | 1 | 55 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 07/22/96 | 1 | 1 | 55 | | ULTRASOUND | 28.00 | | 28.00P |
| 07/22/96 | 1 | 1 | 55 | | COLD PACKS | 28.00 | | 28.00P |
| 07/22/96 | 1 | 1 | 55 | | WHIRLPOOL | 28.00 | | 28.00P |
| 07/22/96 | 1 | 1 | 55 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 07/24/96 | 1 | 1 | 56 | | ULTRASOUND | 28.00 | | 28.00P |
| 07/24/96 | 1 | 1 | 56 | | COLD PACKS | 28.00 | | 28.00P |
| 07/24/96 | 1 | 1 | 56 | | WHIRLPOOL | 28.00 | | 28.00P |
| 07/24/96 | 1 | 1 | 56 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 07/30/96 | 1 | 1 | 56 | | ULTRASOUND | 28.00 | | 28.00P |
| 07/30/96 | 1 | 1 | 56 | | COLD PACKS | 28.00 | | 28.00P |
| 07/30/96 | 1 | 1 | 56 | | COLD PACKS | 28.00 | | 28.00P |
| 07/30/96 | 1 | 1 | 56 | | WHIRLPOOL | 28.00 | | 28.00P |
| 07/30/96 | 1 | 1 | 56 | | KINETIC EXERCISE | 45.00 | 4.50 | 40.50P |
| 08/01/96 | 1 | 1 | 57 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | 28.00 | 0.00 |
| 08/01/96 | 1 | 1 | 57 | | ULTRASOUND | 28.00 | 28.00 | 0.00 |
| 08/01/96 | 1 | 1 | 57 | | COLD PACKS | 28.00 | 28.00 | 0.00 |
| 08/01/96 | 1 | 1 | 57 | | WHIRLPOOL | 28.00 | 28.00 | 0.00 |
| 08/01/96 | 1 | 1 | 57 | | KINETIC EXERCISE | 45.00 | 45.00 | 0.00 |
| 08/05/96 | 1 | 1 | 57 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | 28.00 | 0.00 |
| 08/05/96 | 1 | 1 | 57 | | COLD PACKS | 28.00 | 2.80 | 25.20P |
| 08/05/96 | 1 | 1 | 57 | | WHIRLPOOL | 28.00 | 2.80 | 25.20P |
| 08/05/96 | 1 | 1 | 57 | | KINETIC EXERCISE | 45.00 | 4.50 | 40.50P |
| 08/13/96 | 1 | 1 | 57 | | KINETIC EXERCISE | 45.00 | 4.50 | 40.50P |
| 08/13/96 | 1 | 1 | 57 | | HOT PACKS | 28.00 | 1.39 | 26.61P |
| 08/13/96 | 1 | 1 | 57 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 08/13/96 | 1 | 1 | 57 | | COLD PACKS | 28.00 | | 28.00P |
| 08/08/96 | 1 | 1 | 58 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 08/08/96 | 1 | 1 | 58 | | HOT PACKS | 28.00 | | 28.00P |
| 08/08/96 | 1 | 1 | 58 | | COLD PACKS | 28.00 | | 28.00P |
| 08/16/96 | 1 | 1 | 58 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 08/16/96 | 1 | 1 | 58 | | COLD PACKS | 28.00 | | 28.00P |
| 08/16/96 | 1 | 1 | 58 | | WHIRLPOOL | 28.00 | | 28.00P |
| 08/19/96 | 1 | 1 | 58 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 08/19/96 | 1 | 1 | 58 | | HOT PACKS | 28.00 | | 28.00P |

MICHAEL ABRAHAMS MDPT Date: 07/22/97

| Account Number: 51587 | | Current | 30-60 | 60-90 | >90 | Total |
|---|---|---|---|---|---|---|
| JANE E KROLAK | Pat: | 0.00 | 0.00 | 0.00 | 10182.51 | 10182.51 |
| 5900 SW 6 STREET | Ins: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PLANTATION, FL 33317 | Tot: | 0.00 | 0.00 | 0.00 | 10182.51 | 10182.51 |

| DATE | PH | LO | CL | I | DESCRIPTION 2 | AMT | Applied | BAL |
|---|---|---|---|---|---|---|---|---|
| 08/19/96 | 1 | 1 | 58 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 08/19/96 | 1 | 1 | 58 | | COLD PACKS | 28.00 | | 28.00P |
| 08/21/96 | 1 | 1 | 58 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 08/21/96 | 1 | 1 | 58 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 08/21/96 | 1 | 1 | 58 | | ULTRASOUND | 28.00 | | 28.00P |
| 08/21/96 | 1 | 1 | 58 | | COLD PACKS | 28.00 | | 28.00P |
| 08/21/96 | 1 | 1 | 58 | | WHIRLPOOL | 28.00 | | 28.00P |
| 08/27/96 | 1 | 1 | 58 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 08/27/96 | 1 | 1 | 58 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 08/27/96 | 1 | 1 | 58 | | ULTRASOUND | 28.00 | | 28.00P |
| 08/27/96 | 1 | 1 | 58 | | COLD PACKS | 28.00 | | 28.00P |
| 08/27/96 | 1 | 1 | 58 | | WHIRLPOOL | 28.00 | | 28.00P |
| 08/29/96 | 1 | 1 | 58 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 08/29/96 | 1 | 1 | 58 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 08/29/96 | 1 | 1 | 58 | | COLD PACKS | 28.00 | | 28.00P |
| 08/29/96 | 1 | 1 | 58 | | WHIRLPOOL | 28.00 | | 28.00P |
| 09/04/96 | 1 | 1 | 59 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 09/04/96 | 1 | 1 | 59 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 09/04/96 | 1 | 1 | 59 | | ULTRASOUND | 28.00 | | 28.00P |
| 09/04/96 | 1 | 1 | 59 | | COLD PACKS | 28.00 | | 28.00P |
| 09/04/96 | 1 | 1 | 59 | | WHIRLPOOL | 28.00 | | 28.00P |
| 09/03/96 | 1 | 1 | 59 | | HOT PACKS | 28.00 | | 28.00P |
| 09/03/96 | 1 | 1 | 59 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 09/03/96 | 1 | 1 | 59 | | COLD PACKS | 28.00 | | 28.00P |
| 09/03/96 | 1 | 1 | 59 | | KINETIC EXERCISE[ADDITIONAL MIN | 25.00 | | 25.00P |
| 09/11/96 | 1 | 1 | 59 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 09/11/96 | 1 | 1 | 59 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 09/11/96 | 1 | 1 | 59 | | COLD PACKS | 28.00 | | 28.00P |
| 09/11/96 | 1 | 1 | 59 | | WHIRLPOOL | 28.00 | | 28.00P |
| 09/13/96 | 1 | 1 | 59 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 09/13/96 | 1 | 1 | 59 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 09/13/96 | 1 | 1 | 59 | | COLD PACKS | 28.00 | | 28.00P |
| 09/16/96 | 1 | 1 | 59 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 09/16/96 | 1 | 1 | 59 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 09/16/96 | 1 | 1 | 59 | | COLD PACKS | 28.00 | | 28.00P |
| 09/16/96 | 1 | 1 | 59 | | WHIRLPOOL | 28.00 | | 28.00P |
| 09/18/96 | 1 | 1 | 59 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 09/18/96 | 1 | 1 | 59 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 09/18/96 | 1 | 1 | 59 | | COLD PACKS | 28.00 | | 28.00P |
| 09/18/96 | 1 | 1 | 59 | | WHIRLPOOL | 28.00 | | 28.00P |
| 09/23/96 | 1 | 1 | 60 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 09/23/96 | 1 | 1 | 60 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 09/23/96 | 1 | 1 | 60 | | COLD PACKS | 28.00 | | 28.00P |
| 09/23/96 | 1 | 1 | 60 | | WHIRLPOOL | 28.00 | | 28.00P |
| 09/26/96 | 1 | 1 | 60 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 09/26/96 | 1 | 1 | 60 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 09/26/96 | 1 | 1 | 60 | | COLD PACKS | 28.00 | | 28.00P |
| 09/26/96 | 1 | 1 | 60 | | WHIRLPOOL | 28.00 | | 28.00P |
| 09/30/96 | 1 | 1 | 60 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 09/30/96 | 1 | 1 | 60 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 09/30/96 | 1 | 1 | 60 | | COLD PACKS | 28.00 | | 28.00P |
| 09/30/96 | 1 | 1 | 60 | | WHIRLPOOL | 28.00 | | 28.00P |
| 10/02/96 | 1 | 1 | 61 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 10/02/96 | 1 | 1 | 61 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 10/02/96 | 1 | 1 | 61 | | COLD PACKS | [illegible] | | [illegible] |

| Account Number: 51587 | | Current | 30-60 | 60-90 | >90 | Total |
|---|---|---|---|---|---|---|
| **JANE E KROLAK** | Pat: | 0.00 | 0.00 | 0.00 | 10182.51 | 10182.51 |
| 5900 SW 6 STREET | Ins: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PLANTATION, FL 33317 | Tot: | 0.00 | 0.00 | 0.00 | 10182.51 | 10182.51 |

| DATE | PH | LO | CL | I | DESCRIPTION 2 | AMT | Applied | BAL |
|---|---|---|---|---|---|---|---|---|
| 10/02/96 | 1 | 1 | 61 | | WHIRLPOOL | 28.00 | | 28.00P |
| 10/07/96 | 1 | 1 | 61 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 10/07/96 | 1 | 1 | 61 | | WHIRLPOOL | 28.00 | | 28.00P |
| 10/10/96 | 1 | 1 | 61 | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 10/10/96 | 1 | 1 | 61 | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 10/10/96 | 1 | 1 | 61 | | COLD PACKS | 28.00 | | 28.00P |
| 10/10/96 | 1 | 1 | 61 | | WHIRLPOOL | 28.00 | | 28.00P |
| 10/14/96 | 1 | 1 | | | KINETIC EXERCISE | 45.00 | | 45.00P |
| 10/14/96 | 1 | 1 | | | ELECTRIC STIMULATION UNATTENDED | 28.00 | | 28.00P |
| 10/14/96 | 1 | 1 | | | COLD PACKS | 28.00 | | 28.00P |