UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6192-CIV-DAVIS/BROWN

JANE KROLAK,

        Plaintiff,

v.

HUMAN HEALTH INSURANCE COMPANY
OF FLORIDA, INC.

        Defendant.
_____/

## ORDER

THIS MATTER is before the Court on Defendant's, Humana Health Insurance Company of Florida, Inc., Motion to Dismiss Count III of Plaintiff's Complaint (filed March 16, 2000). Having reviewed the Motion, Plaintiff's Response, Defendant's Reply, and the pertinent portions of the file in this case, the Court will grant the motion on the authority of *Katz v. Comprehensive Plan of Group Ins.*, 197 F.3d 1084, 1087-1089 (11th Cir. 1999). In *Katz*, the Eleventh Circuit interpreted *Varity Corp. v. Howe*, 516 U.S. 489, 116 S.Ct. 1065, 134 L.Ed.2d 130 (1996), as barring an ERISA breach of fiduciary duty claim where a plaintiff has an adequate remedy under 29 U.S.C. § 1132(a)(1)(B). Plaintiff in the instant case asserts in Count III a breach of fiduciary duty claim, but has an adequate remedy under § 1132(a)(1)(B), as reflected in her Count I claim. Accordingly, it is

**ORDERED** that Defendant's Motion to Dismiss Count III is **GRANTED**. Count III of Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**. It is

FILED by _____ D.C.
MAY - 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**FURTHER ORDERED** that Defendant's request for attorney's fees incurred in prosecuting the instant motion are **DENIED**.

DONE AND ORDERED in Chambers in Miami, Florida this 8 day of ~~April~~ May, 2000.

_____
EDWARD B. DAVIS
CHIEF UNITED STATES DISTRICT JUDGE

cc:
Timothy Paul Beavers, Esq.
McFann & Beavers, P.A.
110 SE 6th Street
Suite 1900
Fort Lauderdale, FL 33301

Craig Julian Trigoboff, Esq.
Waldman Feluren & Trigoboff, P.A.
100 SE 3rd Avenue
Suite 1500
Fort Lauderdale, FL 33394