UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6192-CIV – DAVIS
Magistrate JOHNSON

JANE KROLAK,

    Plaintiff,

-vs-

HUMANA HEALTH INSURANCE
COMPANY OF FLORIDA, INC.,

    Defendant.
_____/

**NOTICE OF VACATION**



    Plaintiff, JANE KROLAK, by and through her undersigned counsel, hereby gives Plaintiff's Notice of Vacation and states that Plaintiff's counsel will be on vacation during the following period: June 27, 2000 through July 18, 2000.

    The undersigned would greatly appreciate that depositions, hearings and other matters not be scheduled during this time period.

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail, this ___ day of June, 2000, to CRAIG J. TRIGOBOFF, ESQUIRE, Attorney for Defendant, Waldman Feluren & Trigoboff, P.A., One Financial Plaza, Suite 1500, Fort Lauderdale, Florida 33394.

McFANN & BEAVERS, P.A.

The 110 Tower, Suite 1900
110 Southeast 6th Street
Fort Lauderdale, Florida 33301
Telephone: (954) 462-8500
Fax:         462-8510

By: _____
    TIMOTHY P. BEAVERS
    Attorney for Plaintiff
    FLORIDA BAR NO.: 258393