UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBERS LISTED BELOW

## CLERK'S ORDER OF REASSIGNMENT

Pursuant to Section 2.06.00 of the Court Policy Manual, the following civil cases from the docket of Chief Judge Edward B. Davis have been randomly reassigned to **Judge William J. Zloch**. All papers submitted for filing shall bear the respective case number below followed by the surname **ZLOCH**, thereby indicating the Judge to whom all future documents should be routed:

| | |
|---|---|
| 97-7354 | Raymond, et al v. Tele-Communications |
| 98-2768 | United States v. Golphin |
| 98-7341 | Henderson v. United States |
| 99-2889 | Remy v. United States |
| 99-2893 | Remy v. United States |
| 99-3076 | Intercargo Insurance v. WEI Construction |
| 99-6356 | Takahashi v. Randi |
| 99-7605 | Blackman v. United States |
| 00-0197 | Charles, et al v. Baxter International |
| 00-1391 | Burger King v. Hawkins |
| 00-6058 | All Underwriters v. H2O Limited |
| ✓00-6192 | Krolak v. Humana Health |
| 00-6274 | Knights Franchise v. Orleans Motel, Inc. |
| 00-6363 | Far Out Productions v. Alligator Alley |
| 00-6478 | Chevron Products v. Geller |

Dated at Miami, in the Southern District of Florida, this 14th day of June, 2000.

CLARENCE MADDOX
Clerk of Court

By: _____
Deputy Clerk

c:  Chief Judge Edward B. Davis
    Judge William J. Zloch
    Magistrate Judge
    All Counsel of Record
    Lucy Lara, Case Assignment Administrator

