UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6192-CIV – ZLOCH/JOHNSON

JANE KROLAK,

      Plaintiff,

-vs-

HUMANA HEALTH INSURANCE
COMPANY OF FLORIDA, INC.,

      Defendant.
_____/

**PLAINTIFF'S NOTICE OF
ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT**

    Plaintiff, JANE KROLAK, has considered and has advised her counsel to file this Notice of Acceptance of the Offer of Judgment pursuant to Rule 68, Fed.R.Civ.P.

    Pursuant to the aforesaid Rule, Plaintiff attaches a copy of the Offer of Judgment along with this Notice of Acceptance together with proof of service thereof. Plaintiff respectively requests that judgment in the amount of Three Thousand Five Hundred ($3,500.00) Dollars be entered against Defendant.

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been served, by mail, this 23rd day of June, 2000, to CRAIG J. TRIGOBOFF, ESQUIRE, One Financial Plaza, Suite 1500, Fort Lauderdale, Florida 33394.

                                    McFANN & BEAVERS, P.A.
                                    The 110 Tower, Suite 1900
                                    110 Southeast 6th Street
                                    Fort Lauderdale, Florida 33301
                                    Telephone: (954) 462-8500
                                    Fax:         462-8510

                                  By: _____
                                        TIMOTHY P. BEAVERS
                                          Attorney for Plaintiff
                                      FLORIDA BAR NO.:  258393

NON-COMPLIANCE OF S.D. fla. L.R. 5.1B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**Miami Division**

JANE KROLAK,  CASE NO. 00-6192-CIV-DAVIS

        Plaintiff,

v.

HUMANA HEALTH INSURANCE
COMPANY OF FLORIDA, INC.,

        Defendant.

_____/

### DEFENDANT, HUMANA HEALTH INSURANCE COMPANY OF FLORIDA INC.'S OFFER OF JUDGMENT

Defendant, Humana Health Insurance Company of Florida, Inc., by and through its undersigned counsel and pursuant to *Fed.R.Civ.P.* 68 hereby offers that judgment be taken against it, and in favor of Plaintiff, Jane Krolak, in the total amount of THREE THOUSAND FIVE HUNDRED DOLLARS ($3,500.00) which is inclusive of all of the Plaintiff's damages and claims, including nominal, compensatory and punitive damages, attorneys' fees, litigation costs and any interest, if applicable. This Offer of Judgment, and Plaintiff's acceptance of same, is conditioned upon the following terms:

1.    The Plaintiff accepting the Offer as proposed, in its entirety. The Offer of Judgment is not open for acceptance by the Plaintiff, Jane Krolak, in piecemeal or fragmented fashion;

CASE NO. CL 99-4978 AE

2. That Plaintiff, Jane Krolak, if she accepts this Offer of Judgment, shall execute and deliver a General Release/Indemnification/Hold Harmless Agreement in favor of Humana. This General Release/Indemnification/Hold Harmless Agreement shall address not only those claims asserted by the Plaintiff in the instant action but any threatened or potential claims that may exist against the Plaintiff and/or Humana in favor of any third party, for payments of any medical expenses or services rendered to Plaintiff, Jane Krolak, existing on or prior to the date of this Offer;

3. That Plaintiff, Jane Krolak, if she accepts this Offer of Judgment, shall file a Voluntary Dismissal with Prejudice in respect of her claims against Humana; and,

**This Offer of Judgment shall remain open for acceptance by the Plaintiff, Jane Krolak, only for a period of ten (10) days, hereof.**

### PLEASE BE GOVERNED ACCORDINGLY.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by fax and U.S. mail this 19th day of June, 2000 upon: **Timothy P. Beavers, Esq.**, Attorney for Plaintiff, McFann & Beavers, P.A., The 110 Tower, Suite 1900, 110 Southeast 6th Street, Fort Lauderdale, Florida 33301.

**WALDMAN FELUREN & TRIGOBOFF, P.A.**
One Financial Plaza•Suite 1500
Fort Lauderdale, Florida 33394
Telephone: (954) 467-8600
Facsimile: (954) 467-6222

By: _____
Craig J. Trigoboff
Fla. Bar No. 880541

-2-