UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6192-CIV-ZLOCH



JANE KROLAK,

Plaintiff,

vs.

**FINAL JUDGMENT**

HUMANA HEALTH INSURANCE COMPANY OF FLORIDA, INC.,

Defendant.
_______________________________/

THIS MATTER is before the Court upon the Plaintiff, Jane Krolak's Notice Of Acceptance Of Offer Of Judgment, bearing file stamp of the Clerk of this Court dated June 26, 2000. The Court having carefully reviewed said Notice and the entire Court file herein, and being otherwise fully advised in the premises, it is

**ADJUDGED** as follows:

1. The Plaintiff, Jane Krolak's aforementioned Notice Of Acceptance Of Offer Of Judgment be and the same is hereby approved, adopted, and ratified by the Court;

2. Final Judgment be and the same is hereby entered in favor of the Plaintiff, Jane Krolak, and against the Defendant, Humana Health Insurance Company of Florida, Inc., pursuant to Rule 68 of the Federal Rules of Civil Procedure;

3. The Plaintiff does have and recover of and from the Defendant the sum $3,500.00; and

4. To the extent not otherwise disposed of herein, all



pending motions are hereby **DENIED** as moot.

**ADJUDGED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of June, 2000.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Timothy P. Beavers, Esq.
For Plaintiff

Craig J. Trigoboff, Esq.
For Defendant