UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

JANE KROLAK,                          CASE NO. 00-6192-CIV-ZLOCH

    Plaintiff,

v.

HUMANA HEALTH INSURANCE
COMPANY OF FLORIDA, INC.,

    Defendant.

_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Jane Krolak, by and through her undersigned counsel, hereby voluntarily dismisses the above-referenced case against Defendant, Humana Health Insurance Company of Florida, Inc., with prejudice, with each of the parties hereto to bear its own attorneys' fees and costs.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail this 26th day of June, 2000 upon: Craig J. Trigoboff, Esq., Waldman Feluren & Trigoboff, One Financial Plaza, Suite 1500, Fort Lauderdale, FL 33394.

        McFann & Beavers, P.A.
        The 110 Tower, Suite 1900
        110 Southeast 6th Street
        Fort Lauderdale, Florida 33301
        Telephone: (954) 462-8500
        Facsimile: (954) 462-8510

        By: _____
        Timothy P. Beavers
        Florida Bar No.

NON-COMPLIANCE OF S.D. fla. L.R. 5-1B