UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6192-CIV-ZLOCH

JANE KROLAK,

    Plaintiff,

vs.                    **O R D E R**

HUMANA HEALTH INSURANCE COMPANY
OF FLORIDA, INC.,

    Defendant.
_____/



THIS MATTER is before the Court sua sponte and upon the Court's previously entered Order For Pre-Trial Conference (DE 18) and Order On Trial Instructions (DE 19). The Court having carefully reviewed the entire Court file herein and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the the Court's previously entered Order For Pre-Trial Conference (DE 18) and Order On Trial Instructions (DE 19) be and the same are hereby **VACATED**, set aside, and of no further force or effect.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___4th___ day of August, 2000.

                                   _____
                                   WILLIAM J. ZLOCH
                                   Chief United States District Judge

Copies furnished:
Timothy P. Beavers, Esq.
Craig Trigoboff, Esq.