-cv-06192-WJZ Document 23A Entered on FLSD Docket 09/26/2000 F

NON-COMPLIANCE OF S.D. fla. L.R.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

JANE KROLAK,

CASE NO. 00-6192-CIV-ZLOCH

    Plaintiff,

v.

HUMANA HEALTH INSURANCE
COMPANY OF FLORIDA, INC.,

    Defendant.
_____/

## NOTICE OF WITHDRAWAL OF MOTION

Defendant, Humana Health Insurance Company of Florida, Inc., by and through its undersigned counsel, hereby gives notice of its withdrawal of its previously filed Motion to Compel Satisfaction of Judgment and for Imposition of Sanctions, dated September 7, 2000. In this regard, and in response to the aforementioned motion being filed and served, Plaintiff finally provided Humana with a Satisfaction of Judgment, as required by Florida law. Therefore, disposition of the above referenced motion by this Court is not necessary.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by U.S. mail this 19th day of September, 2000 upon: **Timothy P. Beavers, Esq.,** Attorney for Plaintiff, McFann & Beavers, P.A., The 110 Tower, Suite 1900, 110 Southeast 6th Street, Fort Lauderdale, Florida 33301.

**WALDMAN FELUREN & TRIGOBOFF, P.A.**
One Financial Plaza•Suite 1500
Fort Lauderdale, Florida 33394
Telephone: (954) 467-8600
Facsimile: (954) 467-6222

By: _____
    **Craig J. Trigoboff**
    Fla. Bar No. 880541

23