NON-COMPLIANCE OF S.D. fla. L.R.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

JANE KROLAK,    CASE NO. 00-6192-CIV-ZLOCH

   Plaintiff,

v.

HUMANA HEALTH INSURANCE
COMPANY OF FLORIDA, INC.,

   Defendant.
_____/

## NOTICE OF FILING SATISFACTION OF JUDGMENT

Comes now, Defendant, Humana Health Insurance Company of Florida, Inc., and files the attached Satisfaction of Judgment (a true copy) executed by the Plaintiff on or about September 15, 2000, in respect of the Judgment entered by this Court on June 29, 2000.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by U.S. mail this 19th day of September, 2000 upon: **Timothy P. Beavers, Esq.,** Attorney for Plaintiff, McFann & Beavers, P.A., The 110 Tower, Suite 1900, 110 Southeast 6th Street, Fort Lauderdale, Florida 33301.

**WALDMAN FELUREN & TRIGOBOFF, P.A.**
One Financial Plaza•Suite 1500
Fort Lauderdale, Florida 33394
Telephone: (954) 467-8600
Facsimile: (954) 467-6222

By: _____
Craig J. Trigoboff
Fla. Bar No. 880541

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6192-CIV – DAVIS
Magistrate JOHNSON

JANE KROLAK,

      Plaintiff,

-vs-                            **SATISFACTION OF JUDGMENT**

HUMANA HEALTH INSURANCE
COMPANY OF FLORIDA, INC.,

      Defendant.
_____/

**KNOW ALL MEN BY THESE PRESENTS:** That I, JANE KROLAK, the Plaintiff in the above-styled cause, wherein a judgment was rendered on the 29th day of June, 2000, in the above-named court for THREE THOUSAND FIVE HUNDRED ($3,500.00) AND 00/100 DOLLARS, against HUMANA HEALTH INSURANCE COMPANY OF FLORIDA, INC., the Defendant therein, said judgment being duly recorded in the minutes of said Court and a copy thereof having been recorded in Official Record Book number_____, Page _____, of the public records of Broward County, Florida, do hereby acknowledge full payment and atisfaction thereof and hereby consent that the same shall be satisfied of record.

    WITNESS _____ hand and seal, this 15th day of September, 2000.

Signed, sealed and delivered in presence of:

_Carol Winters_
_____

                                  _Jane Krolak_
                                  JANE KROLAK

STATE OF FLORIDA
COUNTY OF BROWARD

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgments, personally appeared JANE KROLAK, to me known to be the person described in and who executed the foregoing Satisfaction of Judgment and acknowledged before me that SHE executed the same.

WITNESS my hand and official seal in the County and State last aforesaid, this _15th_ day of September, 2000.

Barbara Ruth Stephens
Notary Public

My Commission expires:



BARBARA RUTH STEPHENS
MY COMMISSION # CC 617857
EXPIRES: February 2, 2001
Bonded Thru Notary Public Underwriters